IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WES CURTIS RAMMELL,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and JOHN DOES 1-4,<br><br>Defendants. | CV 24-154-M-KLD<br><br>ORDER |

Defendant State Farm Mutual Automobile Insurance Company has filed an unopposed motion to dismiss Count I of Plaintiff Wes Curtis Rammell's complaint. (Doc. 17). Accordingly, and good cause appearing,

IT IS ORDERED that Count I of Plaintiff's complaint (Doc. 4) is dismissed.

DATED this 24th day of March, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge